## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CATHERINE LE SCHACK,        :    No. 71 WAL 2016

            Respondent        :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
            v.                   :

                                :

MARK LE SCHACK,                :

            Petitioner          :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.